## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.E. MEDEL, | Case No. 2:25-cv-00197-JLS-AGR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DARREN ARAKAWA, GIL HURTADO, MARIA DAVILA, MARIA del PILLAR AVALOS, AL RIOS, JOSHUA BARRON, GILBERTO VARELLA, AND 10 UNKNOWN, NAMED DEFENDANTS, | |
| Defendants. | |

For the reasons stated in the Court's July 9, 2025 Order granting the Motion to Dismiss the Second Amended Complaint filed by Defendants Chief Darren Arakawa, Mayor Maria Davila, Vice Mayor Joshua Barron, Officer Gilberto Varella, and City Council Members Gil Hurtado, Al Rios, and Maria del Pillar Avalos (Doc. 35), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this action is dismissed with prejudice.  It is further **ORDERED,**

-1-

1 | **ADJUDGED, AND DECREED** that Defendants shall have their costs of suit.

4 | Dated: July 11, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE